**Salvador RIOS, Plaintiff–Appellant.**

**No. 04–41199.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided April 20, 2005.

Salvador Rios, Three Rivers, TX, pro se.

Before JONES, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

Salvador Rios, federal prisoner # 08394–023, wrote a letter about conditions at the Brooks County Detention Center on behalf of himself and other inmates, which was treated as a complaint in a civil rights action and dismissed without prejudice. Rios contends that federal officials subsequently mishandled his mail and legal materials, thereby hindering his refiling of a proper complaint. Rios seeks a remand

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and an opportunity to file an amended complaint. However, he fails to identify any specific defendant or violation of a constitutional right in connection with the dismissed action. He thus has identified no error in the district court's dismissal. *See* 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

The judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.